UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>KAMILLA BJORLIN, ANDREW HODGE, and BRIAN NICHOLS,<br><br>　　　　　　Defendants. | CASE NO. C17-1600-RSM<br><br>ORDER GRANTING IN PART PARTIES' STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

This matter comes before the Court on parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines. Dkt. #89. Finding that good cause exists to extend the deadlines, it is hereby ORDERED that the deadlines are revised as follows:

| | |
|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR7(d)(3) | October 28, 2019 |
| Discovery completed by | November 29, 2019 |

ORDER GRANTING IN PART PARTIES'
STIPULATED MOTION TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION
DEADLINES
PAGE - 1

| | |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | December 12, 2019 |

DATED this 24 day of September, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING IN PART PARTIES' STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES
PAGE - 2