The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11    SECURITIES AND EXCHANGE COMMISSION,

CASE NO. 2:17-cv-1600-RSM

12                            Plaintiff,

ORDER
GRANTING STIPULATED
MOTION TO STAY ALL
DEADLINES RELATING TO
BJORLIN AND HODGE

13              v.

14    KAMILLA BJORLIN, ANDREW HODGE, and
      BRIAN NICHOLS,

15

16                            Defendants.

17

18        This matter came before the Court on the Stipulated Motion to Stay All Deadlines as to

19   Defendants Bjorlin and Hodge Pending Completion of Settlement Process submitted by Plaintiff

20   Securities and Exchange Commission ("SEC") and Defendants Kamilla Bjorlin ("Bjorlin") and

21   Andrew Hodge ("Hodge").  Having considered the submission, and for good cause shown, it is

22   hereby ORDERED that:

23        1.      All remaining pre-trial deadlines are stayed as relates to the SEC's claims against

24   Bjorlin and Hodge.

25

26

2.      The SEC, Bjorlin, and Hodge shall, within 60 days after entry of this Order, file a joint status report with the Court if the Bjorlin and Hodge settlements and proposed final judgments have not been submitted to the Court.

IT IS SO ORDERED this 29 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Order Granting Stipulated Motion
For Stay As To Defendants Bjorlin and Hodge
(2:17-cv-01600-RSM)                                    - 2 -

U.S. Securities and Exchange Commission
100 F St. NE, Washington, DC 20549-5971
Tel: 202-551-4473